UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT J. NJOS, : | |
| Petitioner, : | |
| : | Civil Action No. 3:14-CV-0766 |
| v. : | |
| : | (Judge Kosik) |
| WARDEN THOMAS, : | |
| Respondent. : | |

# ORDER

AND NOW, THIS 1st DAY OF FEBRUARY, 2017, IT IS HEREBY ORDERED THAT:

(1) Respondent's Motion for Reconsideration (Doc. 96) is **DENIED**;

(2) Petitioner's Motion for Costs (Doc. 98) is **DENIED without PREJUDICE**;

(3) Petitioner's Objections (Doc. 101) are **DENIED**; and,

(4) This case will remain **CLOSED**.

    s/Edwin M. Kosik
    Edwin M. Kosik
    United States District Judge